IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                           Case No: 3:95cr3003/RV
                                    3:05cv330/RV/MD

WILTON DALEY

_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 2, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted. I note further that as to any *Apprendi/Blakely* issue with respect to the firearm, the jury's verdict of "guilty" on the Section 924(c) [as it then read] charge is a finding of "possession" of the firearm, even though it was not sufficient to meet the "use" of the firearm definition later set out in *Bailey*.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 151) is summarily DENIED.

DONE AND ORDERED this 26th day of September, 2005.

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**